Case 1:22-mj-00199-ZMF   Document 1-1   Filed 09/08/22   Page 1 of 1

Case: 1:22-mj-00199
Assigned To : Magistrate Judge Faruqui, Zia M.
Assign. Date : 9/8/2022
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On Sunday, September 5, 2022, at approximately 5:30 p.m., officers with the Seventh District Crime Suppression Team of the Metropolitan Police Department were patrolling in the area of 2235 Savannah Terrace, Southeast, Washington, D.C.

This address is in the portion of the Seventh District known as "Sector Two." Since January 1, 2022, there have been 111 illegal firearm recoveries in Sector Two. Additionally, in the seven days preceding this incident, ShotSpotter had detected eighteen separate "Sound of Gunshots" incidents in Sector 2 with a total of 73 individual rounds and there was also a homicide.

Upon entering the area of 2235 Savannah Terrace, officers observed a large group of individuals smoking what appeared to be marijuana. As officers spoke with the group, Officer Anthony Smith observed the outline of what he believed to be a firearm protruding from the groin area of a subject, later identified as Timothy Privott (hereinafter, "the defendant"). Officer Smith pointed to and inquired about the bulge on the defendant's pants. The defendant then bent over at the waist and claimed that it was nothing. Officer Smith informed the defendant that he would be conducting a pat down. Upon patting the area of the bulge, Officer Smith immediately felt what he knew to be a firearm. Officer Smith stated the pre-determined code word for the presence of a firearm for the other officers, and the defendant was handcuffed without incident.

The defendant was then searched, and Officer Benites recovered a black handgun from the defendant's waistline. The firearm was identified as a Glock 27 .40 handgun with a unique serial number of NRPC727. The firearm had no chambered rounds but had 15 rounds of ammunition inside a 15-round magazine.

There are no firearm or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case traveled in interstate commerce. A criminal history check of the defendant revealed that he was previously convicted of multiple crimes punishable by more than one year of imprisonment, including a conviction for Unlawful Possession of a Firearm in D.C. Superior Court Case Number 2015 CF2 8060, where he received a sentence of 36 months imprisonment. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year. Additionally, the defendant pleaded guilty and is pending sentencing for unlawfully possessing a firearm in violation of 18 U.S.C § 922(g)(1) in the District of Maryland.

_____

OFC. ANTHONY SMITH, BADGE 5651
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 8th day of September, 2022.*

_____

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE